**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SAUL CRUZ FLORES, | 5:26-cv-00819-JAK (SSCx) |
| Petitioner, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| LUIS ANTONIO DURAN SANCHEZ, et al., | |
| Respondents. | |

On February 20, 2026, Saul Cruz Flores ("Petitioner") filed a petition for writ of habeas corpus ("Petition" (Dkt. 1)). The same day, Petitioner filed an application for a Temporary Restraining Order ("TRO" (Dkt. 2)). On February 24, 2026, an order issued granting the TRO and directing respondents to provide Petitioner with an individualized bond hearing within eight days (("TRO Order") Dkt. 7). The TRO Order also set an Order to Show Cause ("OSC") as to why a preliminary injunction should not issue. Dkt. 7 at 3. Respondents were directed to file any response to the OSC on or before March 4, 2026, and Petitioner was directed to file any reply to such a response on or before March 9, 2026. *Id.*

On March 3, 2026, Respondents filed a status report stating that an individualized bond hearing was held on March 2, 2026, at which the Immigration Judge determined that Petitioner was a flight risk and denied Petitioner bond. Dkt. 9. The same day, Respondents filed a response to the OSC, contending that, because Petitioner had received a bond hearing pursuant to 8 U.S.C. § 1226(a), the request for a preliminary injunction, and the corresponding OSC were moot. Dkt. 10. Petitioner did not file any reply by March 9, 2026. Accordingly, to ensure that the briefing on the OSC was complete, on March 10, 2026, the Court issued an order noting the absence of the filing of a reply, and directing Petitioner to file any reply no later than March 11, 2026. Again, Petitioner did not file a reply.

In light of this procedural history, and that L.R. 7-12 provides that a failure to file a timely opposition to a motion may "be deemed consent to the granting or denial of the motion," it is determined that the request for the issuance of a preliminary injunction and the corresponding OSC are **MOOT**.

**IT IS SO ORDERED.**

DATED: March 13, 2026

_____
John A. Kronstadt
United States District Judge

2