# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SAUL CRUZ FLORES,<br><br>Petitioner,<br><br>v.<br><br>LUIS ANTONIO DURAN SANCHEZ, et al.,<br><br>Respondents. | 5:26-cv-00819-JAK (SSCx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>**JS-6: Case Closed** |

Based on a review of the Stipulation for Dismissal ("Stipulation (Dkt. 14)), sufficient good cause has been shown for the entry of the corresponding, proposed order. Therefore, the Stipulation is **APPROVED**, and this action is hereby dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

Pursuant to Fed. R. Civ. P. 65(b)(2), a temporary restraining order expires at the time after entry that the court sets, which cannot exceed 14 days after entry. Accordingly, because the Order re Motion for Temporary Restraining Order (Dkt. 7), was issued more than 14 days ago, on February 24, 2026, it is no longer in effect.

**IT IS SO ORDERED.**

DATED: April 22, 2026

_____
John A. Kronstadt
United States District Judge

2